In the Matter of Birds Eye Foods, Inc., Appellant, v Zoning Board of Appeals of Village of Barker, Respondent. [821 NYS2d 544]—Appeal from a judgment (denominated order) of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), dated June 16, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.